UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY          08 CV 4256 (RJS)
DISTRICT COUNCIL OF CARPENTERS ANNUITY            ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN         **ORDER TO SHOW CAUSE**
RETRAINING, EDUCATIONAL AND INDUSTRY             **FOR DEFAULT**
FUND, NEW YORK CITY DISTRICT COUNCIL OF          **JUDGMENT AND ORDER**
CARPENTERS CHARITY FUND, UNITED BROTHERHOOD
OF CARPENTERS AND JOINERS OF AMERICA FUND and
THE NEW YORK CITY AND VICINITY CARPENTERS
LABOR-MANAGEMENT CORPORATION, by
MICHAEL J. FORDE and PAUL O'BRIEN, as TRUSTEES,
and MICHAEL J. FORDE, as EXECUTIVE SECRETARY-
TREASURER, DISTRICT COUNCIL FOR NEW YORK
CITY AND VICINITY, UNITED BROTHERHOOD OF
CARPENTERS AND JOINERS OF AMERICA,



                                    Plaintiffs,

        -against-

FLANAGAN GENERAL CONTRACTING, INC.,

                                    Defendant.
--------------------------------------------------------------------X

UPON the annexed affidavit of Andrew GraBois, Esq. sworn to the 9th day of June, 2008

and all of the proceedings had herein, let Defendant, Flanagan General Contracting, Inc., appear

before Judge Richard J. Sullivan at this Federal Courthouse, Courtroom 21C, located at 500 Pearl

Street, New York, NY, 10007 on the 10th day of July, 2008 at 3:30 o'clock

in the ~~forenoon~~/afternoon of that day or as soon thereafter as the parties can be heard, to show

cause why a Default Judgment and Order should not be entered against Flanagan General

Contracting, Inc. and in favor of plaintiffs, confirming an arbitration award dated February 25,

2008 against the Defendant, and awarding attorneys' fees and costs arising out of this action.

Sufficient cause therefore appearing, let service of a copy of this Order, together with the affidavit annexed hereto, on the Defendant by way of first class mail on or before __5__ P.M. on the 13th day of June, 2008 be deemed good and sufficient service; answering papers, if any, shall be served and filed on or before June 27 2008; courtesy copies of all papers shall be sent to Chambers on the same day they are filed.

Dated: New York, New York
       June 9, 2008

_____
Honorable Richard J. Sullivan
United States District Judge